RONALD LEVINE, ESQ.
210 RIVER STREET SUITE 11
HACKENSACK, NJ  07601-7504

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
**Chapter 13 Case # 18-29286**

Re:    LINDA C. MILLER                  Atty:  RONALD LEVINE, ESQ.
        381 GREENLEAF AVENUE                     210 RIVER STREET SUITE 11
        ENGLEWOOD,  NJ  07631                    HACKENSACK, NJ  07601-7504

## RECEIPTS AS OF 12/31/2018     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $250.00 | 25499754448 | 11/26/2018 | $250.00 | 25499774160 |

**Total Receipts: $500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 28.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BERGEN COUNTY IMPOVEMENT AUTHO | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 193.98 | 0.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 119,158.71 | 100.00% | 0.00 | 0.00 |
| 0007 | STATE OF NEW JERSEY OFFICE OF INSPE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 3,675.62 | 0.00% | 0.00 | 0.00 |
| 0010 | UNITED CONSUMER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | WOODCREST HEALTH CARE CENTER | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | DIRECTV LLC | UNSECURED | 304.77 | 0.00% | 0.00 | 0.00 |
| 0013 | AT&T MOBILITY II LLC | UNSECURED | 500.76 | 0.00% | 0.00 | 0.00 |

**Total Paid: $28.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $500.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $28.50     =     Funds on Hand: $471.50

**Chapter 13 Case # 18-29286**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.