*The Law Office of*

# Ronald I. LeVine

| | |
|---|---|
| RONALD I. LeVINE<br>ROBERT WACHTEL<br>EILEEN L. LINARDUCCI | 210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Telephone (201) 489-7900<br>Facsimile (201) 489-1395<br>email: Ronlevine@levinelaw.com |

April 30, 2019

Clerk of the Bankruptcy Court

Re:   Linda Miller, Debtor
      **CASE NO.: 18-29286VFP**
      Notice of Withdrawal

Dear Sir or Madam:

   As the attorney for the above captioned Debtor, we are hereby withdrawing the Certificate of Credit Counseling that was filed as Docket entry #38.

                                    Very truly yours,

                                    /s/ Robert Wachtetl
                                    Robert Wachtel