| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>LINDA C. MILLER | Case No.: 18-29286<br>Adv. No.:<br>Hearing Date: 06/20/2019<br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/06/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LINDA C. MILLER
381 GREENLEAF AVENUE
ENGLEWOOD, NJ  07631
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RONALD LEVINE, ESQ.
210 RIVER STREET SUITE 11
HACKENSACK, NJ  07601-7504
Mode of Service:  Regular Mail

Dated:  May 06, 2019

By:  /S/ Jackie Michaels
      Jackie Michaels