UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
201 489-7900

**Order Filed on May 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LINDA C. MILLER

| | |
|---|---|
| Case No.: | 18-29286VFP |
| Chapter: | 13 |
| Judge: | Papalia |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___November 5, 2018___ :

Property:    381 Greenleaf Avenue, Englewood, NJ

Creditor:    Midland Mortgage

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____August 4, 2019 ~~October 1, 2019~~_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*