Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29286−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda C. Miller
   381 Greenleaf Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−2164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/17/19 at 10:00 AM

to consider and act upon the following:

*51* − Motion to Approve Loan Modification with Midland Mortgage Filed by Ronald I. LeVine on behalf of Linda C. Miller. Objection deadline is 10/2/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service) (LeVine, Ronald)

*52* − Limited Objection to Motion to Approve Loan Modification (related document:51 Motion to Approve Loan Modification with Midland Mortgage Filed by Ronald I. LeVine on behalf of Linda C. Miller. Objection deadline is 10/2/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service) filed by Debtor Linda C. Miller) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/20/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court