

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

**Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LINDA C. MILLER

Case No.: 18-29286VFP

Chapter: 13

Judge: Hon. Papalia

## ORDER APPROVING TERMS OF A LOAN MODIFICATION WITH MIDLAND MORTGAGE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: October 24, 2019

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:  LINDA C. MILLER
Case No. 18-29286VFP
Caption of Order: ORDER APPROVING TERMS OF A LOAN MODIFICATION WITH
MIDLAND MORTGAGE

**THIS MATTER** being opened to the Court by The Law Office of Ronald I.
LeVine, Esq., attorney for the debtor herein, upon notice to Midland Mortgage, through its
Attorneys, for entry of an Order approving the terms for the loan modification with Midland
Mortgage for the first mortgage on the debtor's property and the Court having reviewed the
Motion and any evidence presented at the hearing on the Motion (the "Hearing") and
having heard statements of counsel in support thereof; and it appearing that all secured
parties having been given notice of the Motion; and good and sufficient cause having
been shown for entry of the within Order;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All arrears to Midland Mortgage shall be paid through the loan modification.

2. The Motion is granted approving the Loan Modification Agreement with Midland
   Mortgage and attached as **Exhibit A**.*

   This Court shall retain jurisdiction with respect to any and all disputes may arise
in connection with the provisions of this Order and the transactions approved hereby.

*to the papers filed in support of the motion.