UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LINDA C. MILLER

Case No.: 18-29286VFP

Chapter: 13

Judge: Hon. Papalia

ORDER APPROVING TERMS OF A LOAN MODIFICATION WITH
MIDLAND MORTGAGE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 24, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: LINDA C. MILLER
Case No. 18-29286VFP
Caption of Order: ORDER APPROVING TERMS OF A LOAN MODIFICATION WITH MIDLAND MORTGAGE

**THIS MATTER** being opened to the Court by The Law Office of Ronald I. LeVine, Esq., attorney for the debtor herein, upon notice to Midland Mortgage, through its Attorneys, for entry of an Order approving the terms for the loan modification with Midland Mortgage for the first mortgage on the debtor's property and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All arrears to Midland Mortgage shall be paid through the loan modification.

2. The Motion is granted approving the Loan Modification Agreement with Midland Mortgage and attached as **Exhibit A**.*

This Court shall retain jurisdiction with respect to any and all disputes may arise in connection with the provisions of this Order and the transactions approved hereby.

*to the papers filed in support of the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Linda C. Miller  
    Debtor

Case No. 18-29286-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 24, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.  
db          +Linda C. Miller,  381 Greenleaf Avenue,  Englewood, NJ 07631-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Robert Wachtel    on behalf of Debtor Linda C. Miller rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine    on behalf of Debtor Linda C. Miller ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 6