RONALD LEVINE, ESQ.
210 RIVER STREET SUITE 11
HACKENSACK, NJ 07601-7504

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-29286

Re:  LINDA C. MILLER            Atty: RONALD LEVINE, ESQ.
     381 GREENLEAF AVENUE              210 RIVER STREET SUITE 11
     ENGLEWOOD, NJ 07631                HACKENSACK, NJ 07601-7504

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $250.00 | 25499754448 | 11/26/2018 | $250.00 | 25499774160 |
| 01/25/2019 | $250.00 | 9728703950 | 03/19/2019 | $500.00 | 25765115490 |
| 05/07/2019 | $175.00 | 25695254766 | 05/14/2019 | $75.00 | 25915689685 |
| 05/29/2019 | $500.00 | 25695257848 | 06/21/2019 | $250.00 | 25695260572 |
| 07/23/2019 | $250.00 | 26026313038 | 08/30/2019 | $250.00 | 26207600141 |
| 10/29/2019 | $325.00 | 26158619417 | 11/05/2019 | $175.00 | 26158623748 |
| 12/10/2019 | $250.00 | 26367306840 | 12/17/2019 | $70.00 | 25695292667 |

**Total Receipts: $3,570.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,570.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | | | | | | |
| | 08/19/2019 | $236.80 | 831,169 | 09/16/2019 | $25.71 | 833,206 |
| | 11/18/2019 | $32.99 | 837,298 | 12/16/2019 | $17.78 | 839,242 |
| DIRECTV LLC | | | | | | |
| | 08/19/2019 | $144.12 | 830,734 | 09/16/2019 | $15.65 | 832,808 |
| | 11/18/2019 | $20.08 | 836,876 | 12/16/2019 | $10.81 | 838,810 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 08/19/2019 | $91.73 | 831,850 | 09/16/2019 | $9.96 | 833,848 |
| | 11/18/2019 | $12.78 | 837,951 | 12/16/2019 | $6.88 | 839,843 |
| U.S. DEPARTMENT OF EDUCATION | | | | | | |
| | 08/19/2019 | $1,738.11 | 832,330 | 09/16/2019 | $188.69 | 834,269 |
| | 11/18/2019 | $242.25 | 838,387 | 12/16/2019 | $130.42 | 840,260 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 173.87 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 168.00 | 100.00% | 168.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BERGEN COUNTY IMPOVEMENT AUTHO | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 18-29286**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | CAPITAL ONE BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 193.98 | * | 121.35 | |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | STATE OF NEW JERSEY OFFICE OF INSPE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 3,675.62 | * | 2,299.47 | |
| 0010 | UNITED CONSUMER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | WOODCREST HEALTH CARE CENTER | SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | DIRECTV LLC | UNSECURED | 304.77 | * | 190.66 | |
| 0013 | AT&T MOBILITY II LLC | UNSECURED | 500.76 | * | 313.28 | |

**Total Paid:  $3,266.63**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $3,570.00          -     Paid to Claims: $2,924.76     -     Admin Costs Paid: $341.87     =     Funds on Hand: $303.37

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .