**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

LINDA C. MILLER

**Case No.:  18-29286**

**Adv. No.:**

**Hearing Date:**

**Judge:  VFP**

## CERTIFICATION OF SERVICE

1.  I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 02/18/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LINDA C. MILLER
381 GREENLEAF AVENUE
ENGLEWOOD, NJ  07631
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RONALD LEVINE, ESQ.
210 RIVER STREET SUITE 11
HACKENSACK, NJ  07601-7504
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  February 18, 2020

By:   /S/  Jackie Michaels
Jackie Michaels