UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald I. LeVine
210 River Street, Suite 11
Hackensack NJ 07601
T: 201-489-7900

| In Re: | Case No.: | 18-29286VFP |
|---|---|---|
| | Judge: | Hon. Papalia |
| Linda C. Miller | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒  Motion for Relief from the Automatic Stay filed by _____Midfirst Bank_____ ,
creditor,

A hearing has been scheduled for _____April 2, 2020_____ , at _10:00am_ .


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .


☐  Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

I spoke yesterday wit the debtor who had been termintated by her previous
emplloyer and is expecting a payment of about 2K for her profit sharing right
after working there about two years. She is now working at $15 an hr. in the
consumer relations dept. of Colgate Palmolive and is working remotely at least 40
hrs a week and puts in overtime also at 22.50 an hr.

☐ Other **(explain your answer)**:

I have calculated that if the mortgage company is willing to roll in the $6,600 in
arrears over the remaining 19 months of my plan Ithe debtor will be able to raise
her trustee payment  to the $200 level to pay these  post petition arrear while also
affording her regular payment.

3. This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/2/2620                                    /s/Robert Wachtel, Attny for Debt
                                                 Debtor's Signature

Date: _____                       _____
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*