Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−29286−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda C. Miller
   381 Greenleaf Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−2164

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 27, 2019.

    On 5/5/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                June 4, 2020
Time:              08:30 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 8, 2020
JAN: smz

                                                                                                                     Jeanne Naughton
                                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Linda C. Miller
    Debtor

Case No. 18-29286-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 08, 2020
                   Form ID: 185     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
```
db              +Linda C. Miller,    381 Greenleaf Avenue,    Englewood, NJ 07631-1506
517781975       +AR Resources Inc,    Attn: Bergen Community College,    1777 Sentry Parkway W,
                  Blue Bell, PA 19422-2206
517781976       +Bergen County Impovement Authority,    327 E. Ridgewood Avenue,    Paramus, NJ 07652-4819
517909005       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517781979       +Midfirst Bank,    Attn: KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                  Wesmont, NJ 08108-2812
517781980       +Midland Mortgage,    999 N.W. Grand Blvd., Ste 110,    Oklahoma City, OK 73118-6051
517781981       +State of New Jersey Office of Inspector,    Attn: Attorney General of NJ,    25 Market Street,
                  Trenton, NJ 08611-2148
517918269        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                  MADISON WI 53708-8973
517781983       +US Department of Education,    POB 7860,    Madison, WI 53707-7860
517781984       +Woodcrest Health Care Center,    Attn: Lite Depalma Greenberg,    Two Gateway Center,
                  Newark, NJ 07102-5005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 08 2020 22:51:38     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2020 22:51:35     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517903742       +E-mail/Text: g20956@att.com May 08 2020 22:51:55     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
517781977       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 08 2020 22:58:11
                  Capital One Bank, N.A.,    POB 30285,    Salt Lake City, UT 84130-0285
517781978       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2020 22:51:25
                  Comenity Bank/New York and Co,    POB 182789,    Columbus, OH 43218-2789
517890445       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2020 23:08:58     Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517903950        E-mail/Text: bnc-quantum@quantum3group.com May 08 2020 22:51:29
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517781982       +E-mail/Text: EBankruptcy@UCFS.NET May 08 2020 22:52:08     United Consumer Financial,
                  865 Bassett Road,    Westlake, OH 44145-1194
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Wachtel    on behalf of Debtor Linda C. Miller rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Linda C. Miller ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2           User: admin                Page 2 of 2             Date Rcvd: May 08, 2020
                               Form ID: 185               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 6