

Page 1 of 1

**Transaction History**
Customer: LINDA C MILLER
LINDA C MILLER
Account: NY/NJ/CT/MA Checking #XXXXX5308

*required field

| Current Balance | Present Balance | Available Less Overdraft | Calendar |
|---|---|---|---|
| $492.53 | $686.59 | $686.59 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 07/27/2020 | Card Transaction | EARLY BIRD LAUNDROMAT TEANECK | -4.00 | | 318.03 * |
| 07/27/2020 | Card Transaction | MCDONALD'S F3362 HACKENSACK NJ | -4.57 | | 322.03 |
| 07/27/2020 | Card Transaction | NJIN OF ENGLEWOOD ENGLEWD CLFS | -95.00 | | 326.60 |
| 07/24/2020 | Card Transaction | PAYPAL *HULU 402-935-7733 CA | -5.99 | | 421.60 * |
| 07/24/2020 | Bill Payment | Online Payment 10000362769 To | -500.00 | | 427.59 |
| 07/24/2020 | Bill Payment | Online Payment 9996359352 To M | -1,100.00 | | 927.59 |
| 07/24/2020 | Card Transaction | THE UPS STORE #6418 ENGLEWOOD | -5.02 | | 2,027.59 |
| 07/24/2020 | Card Transaction | THE UPS STORE #6418 ENGLEWOOD | -12.71 | | 2,032.61 |
| 07/24/2020 | Card Transaction | THE UPS STORE #6418 ENGLEWOOD | -18.42 | | 2,045.32 |
| 07/24/2020 | ACH Deposit | PREMIERE RESPONS DIRECT DEP | | 1,039.66 | 2,063.74 |
| 07/24/2020 | Deposit | DEPOSIT ID NUMBER 78695 # 93 | | 500.00 | 1,024.08 |
| 07/23/2020 | Card Transaction | SEARS ROEBUCK 1094 HACKENSAC | -56.21 | | 524.08 * |
| 07/22/2020 | ATM | ATM WITHDRAWAL | -200.00 | | 580.29 * |
| 07/22/2020 | Card Transaction | DOLLAR TR 24 PORTLAND BERGENFI | -15.40 | | 780.29 |
| 07/20/2020 | Card Transaction | DOLLAR TR 24 PORTLAND BERGENFI | -10.66 | | 795.69 * |
| 07/20/2020 | Card Transaction | THE HOME DEPOT 983 HACKENSACK | -83.42 | | 806.35 |

Newer    Older