UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Tel. 201-489-7900

In Re:

ALL CASES ON THE ATTACHED SHEET

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Ronald I. LeVine, Esq.__ will be substituted as attorney of record for ____debtor(s)____, _____ in this case.[1]

Date: October 28, 2020

/s/ Robert Wachtel
Signature of Former Attorney

Date: October 28, 2020

/s/ Ronald I. LeVine
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

…ther attorney is substituted, an attorney may not withdraw an appearance

| Name | Case Number |
|---|---|
| Patrick L. Austin | 19-13187 SLM |
| Carmine Battista and Michelle Battista | 15-20111 RG |
| Rubier J. Betancourt | 16-20518 SLM |
| Adriana I. Blauvelt | 20-12831 SLM |
| Cheryl Bogdan | 16-28246 JKS |
| Christopher Borgersen and Janine Borgersen | 16-32898 RG |
| Ernesto Borroto | 19-24214 VFP |
| David L. Borzotta and Lisa A. Borzotta | 18-14123 VFP |
| Warren R. Butterfield | 18-30451 CMG |
| Serge L. Braida | 17-16024 JKS |
| Patrick Brennan and Maria McAvoy | 18-11954 VFP |
| Michael A. Cacciaguerra | 17-21304 VFP |
| Karen Carrino | 18-26490 VFP |
| Mitko Cvetkovski | 16-34409 SLM |
| Paul W. Daly | 16-22269 VFP |
| Eduardo Deang and Fritzie C. Deang | 16-16244 JKS |
| June Denaker | 19-13188 RG |
| John F. Doody | 18-25206 VFP |
| Mary P. Fasching | 17-11078 RG |
| Joann Fytros | 18-29291 VFP |
| Hansel N. Grullon | 18-13985 SLM |
| Joseph W. Hanley | 19-20464 VFP |
| Ariel J. Hernandez | 18-31507 VFP |
| Wonhee Kim | 17-33619 SLM |
| Manouchehr Kourehjan and Anita Kourehjan | 15-33853 SLM |
| Jose L. Lecour and Nanine R. Lecour | 19-34032 RG |
| Salvatore Leone | 18-33112 JKS |
| Ulrike Wundrack Lippner | 16-21491 SLM |
| Alfonso Made | 16-16246 SLM |
| Mason J. Maher and Jenifer Maher | 16-20998 JKS |
| Sophie Malone | 18-31503 VFP |
| Cosimo Manzoni | 16-18239 VFP |
| Alejandro Martinez and Luisa Martinez | 16-28613 JKS |
| Linda C. Miller | 18-29286 VFP |
| Arnaldo Monzon | 19-14730 VFP |
| Todd D. Murray | 19-29866 SLM |
| Troy Allen Panfile | 18-14124 JKS |
| Paul W. Pieken and Dolores A. Pieken | 18-22019 JKS |
| Janine A. Rhodes | 18-29294 VFP |
| Carmen Saro | 16-28615 VFP |
| Bruce Simmons | 20-10387 VFP |
| Sujay K. Sinha | 19-11506 SLM |
| Philip Therkelsen | 19-14268 JKS |
| Roberto C. Vargas | 18-25197 VFP |
| John M. Walker and Barbara J. Walker | 19-33541 RG |
| Mary Xu | 19-22772 VFP |