UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, New Jersey 07601

In Re:

LINDA C. MILLER

Case No.: __18-29286 VFP__

Judge: __Hon. VFP__

Chapter: __13__

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by __Marie-Ann Greenberg__.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☒ Payments have been made in the amount of $ __950.00__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):
Find Exhibit A attached. Two payments made out to Marie-Ann Greenberg in the amount of $250.00 and $700.00 dated March 13, 2021.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 19, 2021

Date: 3-23-2021

Linda C. Miller
Debtor's Signature

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev. 8/1/15