UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
**LINDA MILLER**

Case No.:  18-29286 VFP

Hearing Date:

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

I, **Linda Miller**, am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on **December 17, 2021**.

1) The Chapter 13 plan was originally confirmed by order entered on **February 27, 2019**. Subsequent plans were confirmed on **June 5, 2020** and **November 20, 2020**.

2) I am current with plan payments through **December 2021**.

3) I am current with post-forbearance mortgage payments through **December 2021** on realty located at **381 Greenleaf Avenue Englewood, NJ.  I am seeking to have the mortgage forbearance arrears paid through my plan.**

   (a) The mortgage payments referred to above are **X** contractual payments adequate protection payments. [Check one]

   (b) I am current with post-petition real estate taxes.

   (c) I have current liability insurance on the property and can provide proof thereof.

4) If the confirmed plan includes a cram down on a mortgage, then answer the following: **N/A**

5) I was current with post-petition auto payments through **N/A** date on the following automobile(s).

6) The change in my household income previously reported on Schedule I is **($114.63).** My current household income is **$3,567.60** . I have attached a current paystub or proof of the change in income to this certification. [Please redact any personally identifiable information before docketing.]  My current total household expenses are now **$2,888.67 leaving excess of $673.93 which will be used to make Chapter 13 Plan payments.**

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

**My hours were cut due to Covid. I am now back to work full time.**

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated: December 22, 2021            Signed: <u>/s/Linda C. Miller</u>
                                            Linda C. Miller