UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ 07606
201-489-7900

Ronald I. Levine, Esq.
Attorney for Debtor, Linda Miller

| | |
|---|---|
| In Re:     LINDA MILLER | Case No.:    18-29286 |
| | Judge:    VFP |
| | Chapter:    13 |

### CHAPTER 13 DEBTOR ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   x Certification of Default filed by the Chapter 13 Standing Trustee,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**: <u>The Debtor has obtained a loan modification. Our office is in the process of drafting a Motion to Approve the Loan Modification. If approved there will be a small balance to complete the case.</u>

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: <u>March 8, 2022</u>                                                  /s/ Ronald I. LeVine
                                                                                          Ronald I. Levine, Esq.
                                                                                          Attorney for Debtor

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*