UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>LINDA C. MILLER | CASE NO: 18-29286-VFP<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 133<br>Judge: Vincent F Papalia<br>Response Date: April 5, 2022 |

On 3/22/2022, I did cause a copy of the following documents, described below,

Motion to Approve Loan Modification, Attorney Certification in Support of Motion, Exhibit A, & Proposed Form of Order
ECF Docket Reference No. 133

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/22/2022

/s/ RONALD I. LEVINE, Esq.
RONALD I. LEVINE, Esq.
Attorney for Debtor
Ronald I. Levine Attorney at Law
210 River Street - Suite 11
Hackensack, NJ  07601
201 489 7900

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>LINDA C. MILLER | CASE NO: 18-29286-VFP<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 133<br>Judge: Vincent F Papalia<br>Response Date: April 5, 2022 |

On 3/22/2022, a copy of the following documents, described below,

Motion to Approve Loan Modification, Attorney Certification in Support of Motion, Exhibit A, & Proposed Form of Order
ECF Docket Reference No. 133

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/22/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RONALD I. LEVINE, Esq.
Ronald I. Levine Attorney at Law
210 River Street - Suite 11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)/DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MIDFIRST BANK                        MS. LINDA C. MILLER
999 NORTHWEST GRAND BLVD.            381 GREENLEAF AVENUE
OKLAHOMA CITY OK 73118               ENGLEWOOD NJ 07631
```