Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29286−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda C. Miller
   381 Greenleaf Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−2164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/22 at 10:00 AM

to consider and act upon the following:

*133* − Motion to Approve Loan Modification with Midland Mortgage A Division of MidFirst Bank Filed by Ronald I. LeVine on behalf of Linda C. Miller. Objection deadline is 04/5/2022. (Attachments: # 1 Attorney Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (LeVine, Ronald)

*135* − Limited Objection to (related document:133 Motion to Approve Loan Modification with Midland Mortgage A Division of MidFirst Bank Filed by Ronald I. LeVine on behalf of Linda C. Miller. Objection deadline is 04/5/2022. (Attachments: # 1 Attorney Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Linda C. Miller) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 4/1/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court