# EXHIBIT A

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 50000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | Order Filed on December 28, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>      Linda C. Miller<br><br>Debtor. | Case No.: 18-29286 VFP<br><br>Adv. No.:<br><br>Judge: Vincent F. Papalia |

# CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**



**DATED: December 28, 2021**

                                                             _/s/ Vincent F. Papalia_____
                                                             **Honorable Vincent F. Papalia**
                                                             **United States Bankruptcy Judge**

**(Page 2)**
Debtor:   Linda C. Miller
Case No:  18-29286 VFP
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C. , attorneys for Secured Creditor MidFirst Bank, holder of a mortgage on real property known as 381 Greenleaf Avenue, Englewood, NJ. 07631, with the consent of Ronald I. LeVine, Esq., counsel for the Debtor, Linda C. Miller,

It is **ORDERED, ADJUDGED and DECREED** that as of December 10, 2021, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2021 through December 2021 for a total post-petition default of $9,809.44 (7 @ $1,583.93, less suspense $1,278.07); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,809.44 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2022, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:   Linda C. Miller
Case No: 18-29286 VFP
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

I hereby agree and consent to the above terms and conditions:    Dated:   12/17/2021


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:    Dated:   12/17/2021


*/s/ Ronald I. Levine*
RONALD I. LEVINE, ESQ., ATTORNEY FOR DEBTOR