# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-29286 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Linda C. Miller

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/25/2004

I, __Anna Becerril__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:
Recorded on July 26, 2004, in Bergen County, in Book 13695, at Page 769.
Property Address: 381 Greenleaf Avenue, Englewood NJ 07631.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Linda C. Miller

POST-PETITION PAYMENTS (Petition filed on September 28, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 12/28/2021. | | | | | $220.34 |
| Loan Modification Agreement Effective 4/1/22 Approved on 5/4/22 | | | | | $220.34 |
| $1,657.10 | 04/01/2022 | 04/2022 | $1,657.10 | 06/01/2022 | $220.34 |
| $1,657.10 | 05/01/2022 | 05/2022 | $1,657.10 | 06/01/2022 | $220.34 |
| | | To Suspense | $48.46 | 06/14/2022 | $268.80 |
| $1,657.10 | 06/01/2022 | | $0.00 | | $268.80 |
| $1,657.10 | 07/01/2022 | | $0.00 | | $268.80 |
| Total Due : $6,628.40 | | Total Received + Suspense $3,583.00 | | Arrears: $3,045.40 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,657.10
Arrears: $3,045.40

Each current monthly payment is comprised of:
Effective as of April 01, 2022, the current monthly payment is comprised of:
    Principal and Interest   $787.20
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $869.90   (Specify: Escrow)
    TOTAL   $1,657.10

If the monthly payment has changed during the pendency of the case, please explain (attach separate

sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 12/04/2019 effective 01/01/2020, filed 01/09/2020 effective 10/01/2019, filed 12/03/2020 effective 01/01/2021, filed 12/03/2021 effective 01/01/2022. Loan Modification Agreement effective 4/1/2022.

PRE-PETITION ARREARS: $3,835.38

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2022

Signature
Anna Becerril
Vice President