Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−29286−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda C. Miller
   381 Greenleaf Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−2164

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/15/22 at 10:00 AM

to consider and act upon the following:

*144* – Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 381 Greenleaf Avenue, Englewood, NJ. 07631. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 122 Order(Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/25/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*145* – Certification in Opposition to (related document:144 Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 381 Greenleaf Avenue, Englewood, NJ. 07631. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 122 Order(Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/25/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Ronald I. LeVine on behalf of Linda C. Miller. (LeVine, Ronald)

Dated: 8/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court