RONALD LEVINE, ESQ.
210 RIVER STREET SUITE 11
HACKENSACK, NJ  07601-7504

Re:  LINDA C. MILLER                        Atty:  RONALD LEVINE, ESQ.
     381 GREENLEAF AVENUE                          210 RIVER STREET SUITE 11
     ENGLEWOOD,  NJ  07631                         HACKENSACK, NJ  07601-7504

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 18-29286

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $43,170.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $250.00 | 25499754448 | 11/26/2018 | $250.00 | 25499774160 |
| 01/25/2019 | $250.00 | 9728703950 | 03/19/2019 | $500.00 | 25765115490 |
| 05/07/2019 | $175.00 | 25695254766 | 05/14/2019 | $75.00 | 25915689685 |
| 05/29/2019 | $500.00 | 25695257848 | 06/21/2019 | $250.00 | 25695260572 |
| 07/23/2019 | $250.00 | 26026313038 | 08/30/2019 | $250.00 | 26207600141 |
| 10/29/2019 | $325.00 | 26158619417 | 11/05/2019 | $175.00 | 26158623748 |
| 12/10/2019 | $250.00 | 26367306840 | 12/17/2019 | $70.00 | 25695292667 |
| 03/16/2020 | $500.00 | 26263299093 | 04/15/2020 | $500.00 | 26298047171 |
| 05/13/2020 | $300.00 | 26562490053 | 07/06/2020 | $400.00 | 26592978407 |
| 08/04/2020 | $400.00 | 26592985056 | 10/06/2020 | $800.00 | 26911446445 |
| 11/03/2020 | $75.00 | 26911432844 | 11/03/2020 | $360.00 | 26813539405 |
| 12/29/2020 | $160.00 | 27034164156 | 01/20/2021 | $160.00 | 27192310143 |
| 01/20/2021 | $200.00 | 27192306385 | 03/23/2021 | $250.00 | 24721721638 |
| 04/13/2021 | $700.00 | 27311588864 | 04/20/2021 | $700.00 | 9720216308 |
| 05/04/2021 | $400.00 | 9720216369 | 05/06/2021 | $360.00 | 27180656291 |
| 06/02/2021 | $400.00 | 27180681311 | 06/17/2021 | $360.00 | 27180682345 |
| 07/30/2021 | $240.00 | 27580562280 | 07/30/2021 | $160.00 | 27580558577 |
| 08/31/2021 | $360.00 | 27180695035 | 10/05/2021 | $360.00 | 27712149366 |
| 11/04/2021 | $360.00 | 27713310827 | 12/16/2021 | $360.00 | 27723767826 |
| 12/16/2021 | $360.00 | 27886304553 | 03/03/2022 | $100.00 | 27935765864 |
| 03/17/2022 | $950.00 | 27931260328 | 03/29/2022 | $92.00 | 27723788897 |
| 03/29/2022 | $900.00 | 27723788853 | 05/03/2022 | $653.00 | 9720218340 |
| 06/27/2022 | $700.00 | 9720218606 | 08/29/2022 | $1,200.00 | 9720218955 |
| 09/16/2022 | $200.00 | 28155592563 | 09/30/2022 | $680.00 | 28413477268 |
| 10/12/2022 | $600.00 | 27885234611 | 11/02/2022 | $675.00 | 28439759351 |
| 11/22/2022 | $680.00 | 28439754131 | 12/28/2022 | $680.00 | 27885249191 |

**Total Receipts: $20,905.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $20,905.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **AT&T MOBILITY II LLC** | | | | | | |
| | 08/19/2019 | $236.80 | 831,169 | 09/16/2019 | $25.71 | 833,206 |
| | 11/18/2019 | $32.99 | 837,298 | 12/16/2019 | $17.78 | 839,242 |
| **DIRECTV LLC** | | | | | | |
| | 08/19/2019 | $144.12 | 830,734 | 09/16/2019 | $15.65 | 832,808 |
| | 11/18/2019 | $20.08 | 836,876 | 12/16/2019 | $10.81 | 838,810 |
| **MIDFIRST BANK** | | | | | | |
| | 06/15/2020 | $23.71 | 850,820 | 06/15/2020 | $63.66 | 850,820 |
| | 08/17/2020 | $100.40 | 854,499 | 08/17/2020 | $269.60 | 854,499 |
| | 09/21/2020 | $77.79 | 856,337 | 09/21/2020 | $292.21 | 856,337 |
| | 11/16/2020 | $158.89 | 859,981 | 11/16/2020 | $581.11 | 859,981 |
| | 12/21/2020 | $86.40 | 861,820 | 12/21/2020 | $315.98 | 861,820 |
| | 02/22/2021 | $103.28 | 865,326 | 02/22/2021 | $377.72 | 865,326 |
| | 04/19/2021 | $49.65 | 868,853 | 04/19/2021 | $181.60 | 868,853 |
| | 05/17/2021 | $278.05 | 870,726 | 05/17/2021 | $1,016.95 | 870,726 |
| | 06/21/2021 | $234.12 | 872,539 | 06/21/2021 | $856.28 | 872,539 |
| | 07/19/2021 | $72.66 | 874,316 | 07/19/2021 | $265.74 | 874,316 |
| | 08/16/2021 | $80.73 | 876,006 | 08/16/2021 | $295.27 | 876,006 |
| | 09/20/2021 | $72.66 | 877,762 | 09/20/2021 | $265.74 | 877,762 |
| | 11/17/2021 | $73.43 | 881,217 | 11/17/2021 | $268.57 | 881,217 |
| | 12/13/2021 | $73.43 | 882,836 | 12/13/2021 | $268.57 | 882,836 |
| | 01/10/2022 | $77.45 | 884,484 | 01/10/2022 | $606.55 | 884,484 |
| | 04/18/2022 | $223.13 | 889,630 | 04/18/2022 | $1,747.40 | 889,630 |
| | 11/14/2022 | $110.78 | 901,113 | 12/12/2022 | $1,280.48 | 902,661 |
| **QUANTUM3 GROUP LLC** | | | | | | |
| | 08/19/2019 | $91.73 | 831,850 | 09/16/2019 | $9.96 | 833,848 |
| | 11/18/2019 | $12.78 | 837,951 | 12/16/2019 | $6.88 | 839,843 |
| **U.S. DEPARTMENT OF EDUCATION** | | | | | | |
| | 08/19/2019 | $1,738.11 | 832,330 | 09/16/2019 | $188.69 | 834,269 |
| | 11/18/2019 | $242.25 | 838,387 | 12/16/2019 | $130.42 | 840,260 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,140.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,347.06 | 100.00% | 5,347.06 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BERGEN COUNTY IMPOVEMENT AUTHO | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0003 | CAPITAL ONE BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 193.98 | * | 121.35 | |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 1,785.78 | 100.00% | 1,785.78 | |
| 0007 | STATE OF NEW JERSEY OFFICE OF INSPE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 3,675.62 | * | 2,299.47 | |
| 0010 | UNITED CONSUMER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | WOODCREST HEALTH CARE CENTER | SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | DIRECTV LLC | UNSECURED | 304.77 | * | 190.66 | |
| 0013 | AT&T MOBILITY II LLC | UNSECURED | 500.76 | * | 313.28 | |
| 0014 | MIDFIRST BANK | (NEW) MTG Agree | 12,505.45 | 100.00% | 9,064.21 | |
| 0015 | MIDLAND MORTGAGE | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

Total Paid: $20,262.40
See Summary

**Chapter 13 Case # 18-29286**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $20,905.00        -    Paid to Claims: $13,774.75    -    Admin Costs Paid: $6,487.65    =    Funds on Hand: $642.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.