**VIRGINIA E. FORTUNATO, L.L.C.**
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq. #VEF-0787
Attorney for Debtor, Linda C. Miller

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| **LINDA C. MILLER,** | Case No. 18-29286/VFP |
| Debtor. | Chapter 13 |
| | **NOTICE OF SUBSTITUTION OF ATTORNEY** |

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Virginia E. Fortunato, Esq.** Will be substituted as attorney for record for **Linda C. Miller, Debtor** in this case.

**LAW OFFICE OF RONALD I. LeVINE**             **VIRGINIA E. FORTUNATO, L.L.C.**

By: /s/ Ronald I. LeVine                       By: /s/ Virginia E. Fortunato
    RONALD I. LeVINE, ESQ.                          VIRGINIA E. FORTUNATO, ESQ.
    Withdrawing Attorney                            Superceding Attorney
    Dated: June 29, 2023                            Dated: June 29, 2023


                                              By: Linda C. Miller
                                                  LINDA C. MILLER, Debtor
                                                  Dated: June 29, 2023