UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR**
**9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. - VEF-0787
Attorney for Debtor, Linda C. Miller

In Re:

LINDA C. MILLER,

Debtor.

| | |
|---|---|
| Case No.: | 18-29286/VFP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, ___Virginia E. Fortunato, Esq.___ :

   ☑ represent the ___debtor___ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___August 22, 2023___, I sent a copy of the following pleadings and/or documents to the

   parties listed in the chart below:

   (a) Fee Application Cover Sheet;
   (b) Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fees; and
   (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of

   service indicated.

Dated: ___August 22, 2023___

/s/ Virginia E. Fortunato, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| Ms. Linda C. Miller<br>381 Greenleaf Avenue<br>Englewood, New Jersey   07631 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>☑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br> (as authorized by the court *) |