Order Filed on August 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel.:  201-673-5777

Virginia E. Fortunato, Esq. - VEF-787
Attorney for Debtor, Linda C. Miller

In Re:

LINDA C. MILLER,

                    Debtor.

Case No.:    18-29286/VFP

Chapter:         13

Judge:             VFP

Hearing Date:
 **Modified Form

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 31, 2023**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED, that _____ Virginia E. Fortunato, Esq _____, the applicant, is allowed a fee of $___ 950.00 _____ for services rendered and expenses in the amount of $_ 0.00 __ for a total of $950.00 of which $300.00 has already been paid, leaving a balance of $650.00. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to required a payment of $0.00 per month for _0_ months to allow for payment of the above fee.