Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29286−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda C. Miller
    381 Greenleaf Avenue
    Englewood, NJ 07631

Social Security No.:
    xxx−xx−2164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/23 at 10:00 AM

to consider and act upon the following:

*168* − Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 381 Greenleaf Avenue, Englewood, NJ. 07631. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 149 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/3/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*170* − Certification in Opposition to (related document:168 Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: re: 381 Greenleaf Avenue, Englewood, NJ. 07631. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 149 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/3/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Virginia E. Fortunato on behalf of Linda C. Miller. (Fortunato, Virginia)

Dated: 10/26/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court