| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>  Linda C. Miller<br><br>            Debtor | Case No.:      18-29286 VFP<br><br>Chapter:       13<br><br>Hearing Date:  11/16/2023<br><br>Judge:         Vincent F. Papalia |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled   ■ Withdrawn

Matter: Creditor's Certification of Default

Date: November 6, 2023                    /s/ Denise Carlon
                                          Signature

*rev. 8/1/15*