UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel.: 201-673-5777

Virginia E. Fortunato, Esq. - VEF-787
Attorney for Debtor, Linda C. Miller

In Re:

LINDA C. MILLER,

           Debtor.

Order Filed on November 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-29286/VFP

Chapter:   13

Judge:   VFP

Hearing Date:

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: November 20, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Virginia E. Fortunato, Esq._____, the applicant, is allowed a fee of $ _____999.99_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____999.99_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*